

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| City of El Paso, Texas, | § | No. 08-22-00155-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Joanna Cangialosi, Individually, as Next of friend of C.C., Minor child, surviving | § | of El Paso County, Texas |
| Daughter and heir to the Estate of Annette Martinez; Jose Aguilar; Raymundo | § | (TC# 2018DCV0797) |
| Aguilar; Fidel Aguilar; Eric Aguilar, Individually and as Surviving Sons and | § | |
| heirs to the Estate of Annette Martinez, | § | |
| Appellees. | § | |
| | § | |

# **O R D E R**

Appellant has filed a motion to stay trial and all trial court proceedings pending resolution of interlocutory appeal. Having considered the motion, the Court DENIES Appellant's motion to stay.

IT IS SO ORDERED this 19th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.